UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-01247-MWF-AFM**                                     Date:  June 22, 2020

Title     **Kenneth R. Belvins v. Deputy Sheriff A. Dorsett, et al.**

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

    On August 28, 2019, the *pro se* Plaintiff filed a First Amended Civil Rights Complaint.  Defendants filed their Answer on March 20, 2020.  The Court issued a Case Management Scheduling Order which required the parties to file a status report by June 11, 2020.  Defendants filed their report on June 11, 2020.  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed his Status Report.  Plaintiff has failed to comply with the Court's Order.

    Plaintiff shall show cause on or before **July 23, 2020**, why this action should not be dismissed due to plaintiff's failure to prosecute.  The filing of plaintiff's Status Report on or before July 13, 2020 shall discharge the order to show cause.  Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, may result in the recommendation that this action be dismissed for failure to prosecute.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |