# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN R. BELVINS, <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY SHERIFF'S DEPT., et al., <br><br> Defendants. | Case No. 5:19-cv-01247-MWF-AFM <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

The Court emphasizes that the Magistrate Judge did not recommend granting the motion because Plaintiff failed to clear some procedural hurdle or because a credibility determination was being made. Rather, Plaintiff was advised of what he needed to do to defeat summary judgment. Instead of doing what he needed to do, Plaintiff failed to submit any evidence, including his own sworn testimony, and just

speculated about facts that are, on this record, not open to doubt.

IT THEREFORE IS ORDERED that

(1) Plaintiff's two requests for sanctions (ECF Nos. 25, 29) be denied;

(2) Defendants' motion for summary judgment be granted (ECF No. 32); and

(3) Judgment be entered in favor of defendants and dismissing this action with prejudice.

DATED: April 12, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE