JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN R. BELVINS,<br><br>                Plaintiff,<br><br>   v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S DEPT., et al.,<br><br>            Defendants. | Case No. 5:19-cv-01247-MWF-AFM<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by his First Amended Complaint, and that the action is dismissed with prejudice.

DATED:  April 12, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE